JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ROMERO-MARCIAL,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Cetner, et al.,<br>Respondents. | Case No. 5:26-cv-05724-PD<br>**JUDGMENT**<br>**A# 205-700-760** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Count One and the remaining count is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: November 3, 2026

*Patricia Donahue*

Patricia Donahue
United States Magistrate Judge